CSD 1174 [09/15/06]
Name, Address, Telephone No. & I.D. No.

James Leo Keefe, 2252 Cliff Street, San Diego, CA 92116
(619) 508-1462, ITIN: 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

FILED

13 JAN 11 PM 2:28

CLERK
U.S. BANKRUPTCY COURT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Keefe, James, Leo

BANKRUPTCY NO. 12-16759-CL13l1

Debtor.

## REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13

To the Honorable Judges of the United States Bankruptcy Court:

The undersigned debtor hereby requests that the pending Chapter 13 case be dismissed without prejudice. In support of said request, debtor hereby represents:

[ ✓ ]   This Case first commenced by the filing of a voluntary Chapter 13.

[ ✓ ]   Debtor is unaware of any pending motion by a creditor or the Chapter 13 Trustee for conversion of the pending Chapter 13 case to a case under Chapter 7 or Chapter 11 of Title 11, United States Code.

[ ]   If checked, this case was filed by the filing of a joint petition and only one of the debtors is seeking dismissal of this case as it may apply to him or her, namely:_____.

Wherefore, Debtor(s) prays that the Chapter 13 case herein be dismissed without prejudice.

I further certify under penalty of perjury that on _11th_ day of _JANUARY 2013_, a true copy of this Request was served on the trustee indicated below:

☑   THOMAS H. BILLINGSLEA, JR., TRUSTEE, 530 "B" Street, Suite 1500, San Diego, CA 92101
    (For ODD numbered Chapter 13 cases)

☐   DAVID L. SKELTON, TRUSTEE, 525 "B" Street, Suite 1430, San Diego, CA 92101-4507
    (For EVEN numbered Chapter 13 cases)

Dated: 01/11/2013
                Joint Debtor                                                    _James Leo Keefe_
                                                                                      Debtor

                                                                          Attorney for the Debtor

CSD 1174         SUBMIT WITH ORDER DISMISSING CHAPTER 13 CASE (CSD 1176)